UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS CLEVELAND,

    Plaintiff,

v.

Case No. 12-11302

Hon. John Corbett O'Meara

SANTANDER CONSUMER USA INC., and
EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.
_____/

## ORDER OF PARTIAL DISMISSAL

On March 23, 2012, Plaintiff filed his complaint alleging the following counts: Count I, Fair Credit Reporting Act; Count II, intentional infliction of emotional distress; Count III, negligence; Count IV, negligence per se; Count IV (sic), defamation by libel; Count V, malicious statutory libel; and Count VI, Fair Credit Reporting Act. Plaintiff does not allege diversity jurisdiction. Although violations of the Fair Credit Reporting Act are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims so as to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's state law claims are DISMISSED.

                                        s/John Corbett O'Meara
                                        United States District Judge

Date: April 11, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, April 11, 2012, using the ECF system.

                                                s/William Barkholz  
                                                Case Manager